# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ORR WATER DITCH CO., *et al*.,

    Defendants.

Case No. 3:73-cv-00003-LDG

**ORDER**

    Pursuant to an Order of this Court, certain parties seeking to amend the Final Decree have filed an Amended Motion to Modify or Amend the Orr Ditch Decree, and have provided notice of this to all persons and entities who have filed notices of appearance. The Court's Order further provided a briefing schedule for motions seeking discovery relevant to the Amended Motion. Pursuant to that briefing schedule, motions seeking discovery must be filed no later than April 4, 2011, oppositions to such motions must be filed no later than May 4, 2011, and replies to such motions must be filed no later than May 19, 2011. The briefing schedule was served upon all participants who have appeared.

    Participants who are not represented by counsel but who have elected to be receiving users of the Court's CM/ECF system will receive electronic delivery of a notice, by e-mail, each time a document is filed in this matter. This e-mail will be sent within

moments after the document is filed.  Further, the e-mail will include a link to an electronic copy of the filed document, allowing you to retrieve a copy of the filed document.

To ensure notice to those participants who are not represented by counsel and who have elected to receive notice by mail, and to limit costs necessarily incurred in mailing notice by regular United States postal delivery, the Court will adopt the following procedures.

<u>Participants Not Represented by Counsel.</u>

Participants who are not represented by counsel who choose to file a document pursuant to a briefing schedule entered by the Court must timely file a paper document with the Clerk of the Court.  The Clerk of the Court will scan the document into the Court's CM/ECF system.  Participants who are not represented by counsel will not be required to serve either the document or a notice that they have filed a document on other participants.

As noted previously, notice of the filing of the document will be electronically served on all participants who have elected to be a receiving user of the CM/ECF system.

Participants who have elected to receive notice by mail will not receive a specific notice when an unrepresented party files a document pursuant to a briefing schedule entered by the Court.  Rather, the Court's entry of the briefing schedule and its service by mail upon all participants who have elected to receive notice by mail shall constitute notice of the timely filing of any documents filed by other unrepresented participants pursuant to a briefing schedule.

<u>Participants Represented by Counsel</u>.

Participants who are represented by counsel must file documents using the Court's CM/ECF system. Participants who are represented by counsel shall also ensure a method by which a free electronic copy of the document can be retrieved and placement of the document at two different physical locations at which a physical copy can be obtained upon payment of copying costs.  In connection with their Amended Motion, the Moving Parties

made free electronic copies of documents available at ftp.litigationservices.com, and made paper copies of the documents available, upon payment of copying costs, at Sunshine Reporting Services and the Fernley Public Library.  The Court will require that all represented parties continue to utilize these same methods to provide access to documents filed in relation to the Amended Motion.  That is, the represented parties shall ensure that an electronic copy of the document can be retrieved at ftp.litigationservices.com, and that a physical copy is placed at Sunshine Reporting Services and the Fernley Public Library and available for copying upon payment of copying costs.

      Each time a represented participant files a document, they must also serve a notice by mail on each unrepresented participant who has elected to receive notice by mail.  Such notice may be by postcard, and may provide notice of the filing of multiple documents, and may provide notice on behalf of more than one represented participant.  Such notice must contain the following information: language specifically informing the recipient that the recipient is receiving a NOTICE that a document has been filed in the litigation to amend the Final Orr Ditch Decree, language informing the recipient that they are receiving the notice because they elected to receive notice when a document was filed in the litigation to amend the Final Orr Ditch Decree, the date the document was filed, the name of the participant or participants who filed the document, the Court's docket number for the filed document, the name of the document that was filed, the method by which the recipient can receive a free electronic copy of the document, and the locations at which the recipient can obtain a paper copy of the document upon payment of copying costs.  If a response to the document is appropriate, the notice shall further state the date by which written response must be filed with the Court.

As noted above, notice of the filing of the document by a represented participant will be electronically served on all participants who are receiving users of the CM/ECF system.

**IT IS SO ORDERED.**

DATED this 30 day of March, 2011.

_____
Lloyd D. George
United States District Judge