IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | Case No. 3:73-cv-00031-LDG |
| ) | (In Equity No. A-3-LDG) |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | **GRANTING LEAVE TO MANUALLY** |
| ) | **FILE SUPPLEMENTAL APPENDIX OF** |
| THE ORR WATER DITCH CO., *et al.*, ) | **REBUTTAL EXHIBITS IN CD FORMAT** |
| ) | |
| Defendants. ) | |
| ) | |
| Re:  Petition to Modify or Amend Final ) | |
| Decree ) | |

The Court has before it the Motion of the United States of America, the State of Nevada, the State of California, acting by and through the California Department of Water Resources, the Pyramid Lake Paiute Tribe, the Truckee Meadows Water Authority, the Washoe County Water Conservation District and the City of Fernley seeking leave pursuant to the Court's Electronic Filing Procedures, Section III.G(11), to manually file in CD format with the clerk of the court the Supplemental Appendix of Rebuttal Exhibits with the Moving Parties' Joint Reply in Support of Their Amended Motion to Modify or Amend the Final Decree Entered in this Case in 1944. Good cause having been shown, the Motion is GRANTED.

The Moving Parties may file their Supplemental Appendix of Rebuttal Exhibits with the clerk of the court in CD format, and are relieved from the requirements of Local Rule 5-3 from electronically filing the same Supplemental Appendix of Rebuttal Exhibits through the Court's

-1-

1  CM/ECF system.  The Moving Parties shall, however, prepare and electronically file a Notice of

2  Manual Filing of the Supplemental Appendix of Rebuttal Exhibits.

3     IT IS SO ORDERED.

```
                                    UNITED STATES DISTRICT JUDGE

                                    _____
                                         LLOYD D. GEORGE
                                    SENIOR UNITED STATES DISTRICT JUDGE

                                    Dated:  10 Aug 2012
```