LAURA A. SCHROEDER, NSB# 3595
THERESE A. URE, NSB# 10255
Schroeder Law Offices, P.C.
440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800
FAX (877) 600-4971
counsel@water-law.com

Of Attorneys for Respondents

Affirmation: This document does not contain the social security number of any person.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff(s), | Case No. 3:73-CV-00031-LDG (In Equity No. A-3-LDG) |
| v. | |
| ORR WATER DITCH CO., et al, | **ORDER GRANTING SUBSTITUTION OF PARTIES** |
| Defendant(s). | |
| Re: Motion to Amend Orr Ditch Decree | |

The Court having read and reviewed the Motion to Substitute Parties, filed herein by Movants Kathy Pawley, an individual, and Laura Griffin, an individual, the Affidavit of Therese A. Ure, and the Points and Authorities in support thereof.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 -    ORDER GRANTING SUBSTITUTION OF PARTIES



IT IS HEREBY ORDERED that Kathy Pawley's and Laura Griffin's Motion to Substitute Parties is hereby GRANTED.

DATED this 15 day of August, 2013

_____
Senior United States District Judge
Lloyd D. George

Submitted By:

LAURA A. SCHROEDER, NSB# 3595
THERESE A. URE, NSB# 10255
Schroeder Law Offices, P.C.
440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800
FAX (877) 600-4971
counsel@water-law.com

Of Attorneys for Respondents

Page 2 -    ORDER GRANTING SUBSTITUTION OF PARTIES



SCHROEDER LAW OFFICES, P.C.
440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800   FAX (877) 600-4971

{P0248451; 1101.02 LMM }