LAURA A. SCHROEDER, NSB# 3595
THERESE A. URE, NSB# 10255
Schroeder Law Offices, P.C.
440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800
FAX (877) 600-4971
counsel@water-law.com

Of Attorneys for Respondent

Affirmation: This document does not contain the social security number of any person.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff(s), | Case No. 3:73-CV-00031-LDG |
| v. | (In Equity No. A-3-LDG) |
| ORR WATER DITCH CO., et al, | **ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE RESPONDENT PRO SE (DETOMASI)** |
| Defendant(s). | |
| Re: Motion to Amend Orr Ditch Decree | |

    Pursuant to the motion and affidavit filed by Therese A. Ure on behalf of Schroeder Law Offices, P.C., to withdraw as counsel for Respondent Taylor A. Detomasi ("RESPONDENT"), and good cause appearing therefor,

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 -  ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE RESPONDENT PRO SE (DETOMASI)

{P0254269; 1075.00 ALR }



SCHROEDER LAW OFFICES, P.C.

440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800   FAX (877) 600-4971

1  IT IS HEREBY ORDERED that Schroeder Law Offices, P.C. shall be allowed to
2  withdraw as attorney of record and that all further pleadings, motions, notices, and
3  correspondence in this matter be mailed to Respondent at: 1305 S. Main Street, Fallon, NV
4  89406.

5
6  DATED this 15 day of August, 2013.

7
8  _____
   United States District Judge
9  Lloyd D. George

10 Submitted By:

11 LAURA A. SCHROEDER, NSB# 3595
   THERESE A. URE, NSB# 10255
12 Schroeder Law Offices, P.C.
   440 Marsh Avenue
13 Reno, NV 89509
   PHONE (775) 786-8800
14 FAX (877) 600-4971
   counsel@water-law.com
15
   Of Attorneys for Respondent
16

Page  2 -    ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE RESPONDENT
             PRO SE (DETOMASI)



440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800   FAX (877) 600-4971

{P0254269; 1075.00 ALR }