LAURA A. SCHROEDER, NSB# 3595
THERESE A. URE, NSB# 10255
Schroeder Law Offices, P.C.
440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800
FAX (877) 600-4971
counsel@water-law.com

Of Attorneys for Respondent

Affirmation: This document does not contain the social security number of any person.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:73-CV-00031-LDG |
| Plaintiff(s), | (In Equity No. A-3-LDG) |
| v. | |
| ORR WATER DITCH CO., et al, | **ORDER GRANTING MOTION TO WITHDRAW (Holly Bute)** |
| Defendant(s). | |
| Re: Motion to Amend Orr Ditch Decree | |

Pursuant to the motion and affidavit filed by Schroeder Law Offices, P.C. and Therese A. Ure, on behalf of Respondent Holly Bute ("RESPONDENT"), to withdraw as an interested party to the above referenced litigation,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 -     ORDER GRANTING MOTION TO WITHDRAW



440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800   FAX (877) 600-4971

{P0254457; 1085.00 LMM }

1     IT IS HEREBY ORDERED that Respondent is withdrawn and no longer an interested
2 party in this litigation.

3

4     DATED this 15 day of August, 2013.

5

6     _____
7     United States District Judge
    Lloyd D. George

8 Submitted By:

9 LAURA A. SCHROEDER, NSB# 3595
THERESE A. URE, NSB# 10255
10 Schroeder Law Offices, P.C.
440 Marsh Avenue
11 Reno, NV 89509
PHONE (775) 786-8800
12 FAX (877) 600-4971
counsel@water-law.com

13 Of Attorneys for Respondent

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 -     ORDER GRANTING MOTION TO WITHDRAW



440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800   FAX (877) 600-4971

{P0254457; 1085.00 LMM }