LAURA A. SCHROEDER, NSB# 3595
THERESE A. URE, NSB# 10255
Schroeder Law Offices, P.C.
440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800
FAX (877) 600-4971
counsel@water-law.com

Of Attorneys for Respondents

Affirmation: This document does not contain the social security number of any person.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff(s),<br><br>v.<br><br>ORR WATER DITCH CO., et al,<br><br>       Defendant(s).<br><br>Re: Motion to Amend Orr Ditch Decree | Case No. 3:73-CV-00031-LDG<br>(In Equity No. A-3-LDG)<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br>**(Ken & Patty Julian)** |

  Pursuant to the motion and affidavit filed by Therese A. Ure of Schroeder Law Offices, P.C., on behalf of Respondents Ken and Patty Julian ("RESPONDENTS"), to withdraw as interested parties to the above referenced litigation,

///
///
///
///
///

Page 1 -    ORDER GRANTING MOTION TO WITHDRAW



440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800   FAX (877) 600-4971

{P0254220: 1076.00 ALR }

1   IT IS HEREBY ORDERED that Respondents are withdrawn and are no longer an

2   interested party in this litigation.

3

4   DATED this 15 day of August, 2013.

5

6

7                                               United States District Judge
                                                Lloyd D. George

8   Submitted By:

9   LAURA A. SCHROEDER, NSB# 3595
    THERESE A. URE, NSB# 10255
    Schroeder Law Offices, P.C.
10  440 Marsh Avenue
    Reno, NV 89509
11  PHONE (775) 786-8800
    FAX (877) 600-4971
12  counsel@water-law.com

13  Of Attorneys for Respondents

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 -        ORDER GRANTING MOTION TO WITHDRAW



440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800   FAX (877) 600-4971

{P0254220; 1076.00 ALR }